VERNER P. KENNEDY, Respondent, *v.* STEFANIA M. DZENGIELEWSKI, Appellant, Impleaded with Another.

(Submitted May 2, 1929; decided May 28, 1929.)

*Adrian S. Malsan* for appellant.
*Murray Curtin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.